UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WARD MEDIA, INC.,

       Plaintiff,

-against-

CREOSCOPE MEDIA, INC. and FRISCHMAN ENTERPRISES, INC. d/b/a PCSECURITYSHIELD,

       Defendants.

Case No.

---

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES AND/OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

       NONE

Date: June 7, 2007

_____
Jessie F. Beeber (JB-3129)