# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

WARD MEDIA, INC.,

        Plaintiff,

        V.

CREOSCOPE MEDIA, INC. and
FRISCHMAN ENTERPRISES, INC. d/b/a
PCSECURITYSHIELD,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 5470

TO: (Name and address of defendant)

Creoscope Media, Inc.
1300 NW 17th Avenue, Suite 260
Delray Beach, FL 33445

Frischman Enterprises, Inc. d/b/a
  PCSecurity Shield
601 N. Congress Avenue, Ste. 303
Delray Beach, FL 33445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, New York 10022
(212) 980-0120

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 0 8 2007

J. MICHAEL McMAHON
CLERK

DATE

(BY) DEPUTY CLERK

Essential Services Group
555eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARD MEDIA, INC.

VS.                                              INDEX#07CV5470

CREOSCOPE MEDIA, INC.

State of Florida, County of Palm Beach SS:

I, Jonathan Levy (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is Boca Raton, Florida (server's address).

That on the 12th day of June, 2007 at 11:30 a.M. (time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE, COMPLAINT,**

at 601 N. Congress Avenue, Ste 303, Delray Beach, FL upon **FRISCHMAN ENTERPRISES, INC. D/B/A PCSECURITY SHIELD** by delivering thereat a true copy to:

( ) officer:_____ as
_____(position)

(✓) authorized agent Ms Amy Hoffman as
Operations Manager (position)

( ) corporate counsel_____ as
_____(position)

( ) other_____ as
_____(position)

; a person of suitable age and discretion who was willing and authorized to accept on behalf of **FRISCHMAN ENTERPRISES, INC. D/B/A PCSECURITY SHIELD**.

The said premises is the location where the servee accepts service of process.

Deponent describes the individual who accepted service as follows:

age: 35   sex: F   skin color: White   approx. height: 5'4"

approx. weight: 130 lbs.,   hair color: Brown

PS 6.07-40.                    SERVER
SWORN TO BEFORE ME THIS
       DAY OF  6-13-2007

Jonathan Levy
License #887EPS

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.