# United States District Court

SOUTHERN DISTRICT OF NEW YORK

WARD MEDIA, INC.,

        Plaintiff,

V.

CREOSCOPE MEDIA, INC. and
FRISCHMAN ENTERPRISES, INC. d/b/a
PCSECURITYSHIELD,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 5470

TO: (Name and address of defendant)

Creoscope Media, Inc.
1300 NW 17th Avenue, Suite 260
Delray Beach, FL 33445

Frischman Enterprises, Inc. d/b/a
  PCSecurity Shield
601 N. Congress Avenue, Ste. 303
Delray Beach, FL 33445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, New York 10022
(212) 980-0120

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 0 8 2007

J. MICHAEL McMAHON
CLERK

DATE

(BY) DEPUTY CLERK

Essential Services Group
555eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARD MEDIA, INC.

VS.                                                          INDEX#07CV5470

CREOSCOPE MEDIA, INC.

State of _Florida_, County of _Palm Beach_ SS:

I, _Jonathan Levy_ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is _Boca Raton, Florida_ (server's address).

That on the _14th_ day of _June_, 2007 at _10:15_ AM.(time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE, COMPLAINT,**
_Kluger, Peretz, Kaplan, + Berlin, P.A._
at: _2385 NW Executive Center Drive, Suite 300, Boca Raton, FL._
upon **CREOSCOPE MEDIA, INC.** by delivering thereat a true copy to:

( ) officer:_____ as

_____(position)

(✓) authorized agent _Jonathan Louis, Esquire_ as
_Registered Agent_____(position)

( ) corporate counsel_____ as

_____(position)

( ) other_____ as

_____(position)
; a person of suitable age and discretion who was willing and authorized to accept on behalf of CREOSCOPE MEDIA, INC. .

The said premises is the location where the servee accepts service of process.

1/PS6-39

Deponent describes the individual who accepted service as follows:

age: 40  sex: M  skin color: White  approx. height: 5'10"

approx. weight: 180 lbs.,  hair color: Brown

PS 6.07-39.                    SERVER
SWORN TO BEFORE ME THIS
       DAY OF

License #887CP

6-15-2007

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDING CO., INC.