<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)
                        )ss:
COUNTY OF SUFFOLK)

      FRANCES ANGLERO, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Brentwood, New York.

      On June 27, 2007, I served the within ANSWER with AFFIRMATIVE DEFENSES AND CROSS-CLAIM, by depositing a true copy thereof in a wrapper, under the exclusive care and custody of the United States Postal Service within New York State, by regular mail addressed to each of the following persons at the last known address set forth after each name:

            FRANKFURT KURNIT KLEIN & SELZ, P.C.
            488 Madison Avenue
            New York, New York 10022

            CREOSCOPE MEDICA, INC.
            1300 NW 17th Ave, Suite 260
            Delray Beach, New York 33445

                s/Frances D. Anglero
                  FRANCES ANGLERO

Sworn to before me this
    day of June, 2007.


 S/Sharon Noonan
Notary Public