# 07 CV 5470 ECF

Ward Media Inc. v. Creoscope Media Inc., et al.

USDC
DOCU:
ELECT: ...ICALLY FILED
DOC #:
DATE FILED:

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

07 Civ. 5470 (BSJ)(DCF)

---

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| √ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ___ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
         7/2/07

_Barbara S. Jones_
United States District Judge