FRANKFURT KURNIT KLEIN & SELZ

488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175

August 29, 2007

Brian E. Maas, Esq.
Direct dial: (212) 705-4836
e-mail: bmaas@fkks.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/30/07]

[Stamp: MEMO ENDORSED]

**Via Facsimile No. 212-805-4258**
Honorable Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse, Courtroom 17A
500 Pearl St., Room 525
New York, NY 10007

Re: Ward Media, Inc. v. Creoscope Media, Inc. and Frischman Enterprises, Inc. d/b/a/ PCSecurityShield (07-Civ.-5470)

Dear Judge Freeman:

We represent Plaintiff, Ward Media, Inc. ("Ward Media") in the above-referenced matter. This letter is being sent with the consent of counsel for Defendant, Frischman Enterprises, Inc. d/b/a/ PCSecurityShield ("Frischman Enterprises"). During our initial telephone conference on Friday, August 24, 2007 you requested that we send you a letter setting out dates for some significant discovery deadlines.

The parties spoke later that day and agreed to the following discovery deadlines:

| | | |
|---|---|---|
| September 7, 2007 | : | Deadline for each to exchange initial disclosures; |
| September 28, 2007 | : | Deadline for each party to exchange initial discovery requests; |
| October 5, 2007 | : | Deadline for filing all motions to amend or motions to add parties; |
| November 30, 2007 | : | Deadline for close of discovery. |

[Handwritten: SO ORDERED]

Please advise if these dates appear problematic for any reason.

We look forward to speaking with you again during our next schedule telephone conference on October 23, 2007 at 10:00 a.m.

[Stamp: MEMO ENDORSED]

Very truly yours,

Brian E. Maas

cc: Jeffrey Heller, Esq. (via facsimile)
    Melissa Corwin, Esq. (via facsimile)

SO ORDERED: DATE: 8/29/07

[Signature]
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE