## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 07-CV-5470 (BSJ)

WARD MEDIA, INC.,

    Plaintiff,

vs.

CRESOSCOPE MEDIA, INC. and
FRISCHMAN ENTERPRISE,
INC. d/b/a PCSECURITYSHIELD,

    Defendants.

FOR:  Jeffrey T. Heller, Esquire
         Sommer & Heller, LLP

Received by Florida Litigation Support on the 12th day of July, 2007, at 9:00 am to be served on Creoscope Media, Inc., 130 NW 17th Ave., Suite 260, Delray Beach, FL 33445. I, Colin Phipps, do hereby affirm under penalty of perjury that on the 24th day of July, 2007, at 1:04 pm, executed service by delivering a true copy of the Answer with Affirmative Defenses and Cross-Claim with the date and hour of service endorsed thereon by me, to: Eleni C. Pantamides, as Registered Agent, at the address of c/o Kugler, Peretz, Kaplan & Berlin, 2385 Executive Center Drive, Suite 300, Boca Raton, FL on behalf of Creosope Media, Inc. and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in good standing in the circuit in which it was served.

                                                            8·26·07
                                       Colin Phipps
                                       C.P.S. #1138

                                       Florida Litigation Support
                                       1901 W. Cass Street
                                       Tampa, FL 33606
                                       813-254-8762
                                       Our Job Serial Number 2007005174
                                       Ref: 119771