UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
WARD MEDIA, INC.,

              Plaintiff,               **RULE 26 DISCLOSURE**

- against -                                07 CV. 5470 (BSJ)

CREOSCOPE MEDIA, INC. and
FRISCHMAN ENTERPRISES, INC. d/b/a
PCSECURITYSHIELD,

              Defendants.
----------------------------------x

      Defendant FRISCHMAN ENTERPRISES, INC. d/b/a PCSECURITYSHIELD, by its attorneys, SOMER & HELLER LLP, as and for their Federal Rule of Civil Procedure 26(a) disclosure, respectfully alleges as follows:

    A.(I)    Arthur Frischman
                President - PCSecurityShield
                601 N. Congress Avenue Suite 303
                Delray Beach, Florida 33445
                (561)243-3248 ext 224

                Subject: Information concerning Frischman Enterprises, Inc.'s loan to Creoscope Media, Inc and information concerning his ownership in and the management and operations of Creoscope Media, Inc.

      (ii)    Ilona Buksbaum
                Bookkeeper - PCSecurityShield
                601 N. Congress Avenue Suite 303
                Delray Beach, Florida 33445
                (561)243-3248

                Subject: Information concerning the books and records of Frischman Enterprises, Inc. d/b/a PCSecurityShield, information regarding the accounting and bookkeeping of Creoscope Media, Inc.

 (iii) Gregory Van Horn
   Crescope Media, Inc.
   1300 NW 17th Avenue, Suite 260
   Delray Beach, Florida 33445
   (561)279-9117

   Subject: Information concerning the books and records of Creoscope Media, Inc. and information concerning Creoscope Media, Inc's agreement with Ward Media, Inc.

 (iv) Craig McGuinn
   Ward Media Inc.
   141 W. 35th Street, 20th Floor
   New York, New York 10018
   (212)967-5055

   Subject: Information concerning the books and records of Ward Media, Inc. and information concerning Ward Media, Inc's agreement with Creoscope Media, Inc.

B. Documents in the custody and control of Arthur Frischman includes e-mails concerning Creoscope Media, Inc.'s debts to Ward Media, Inc. and Frischman Enterprises, Inc.'s corporate documents reflecting investments loan(s) in and to Creoscope Media, Inc. These documents are located at Mr. Frischman's office for conduct of business at Frischman Enterprises, Inc., 601 N. Congress Avenue, Suite 303, Delray Beach, Florida 3345. Such documents will be made available for inspection and copying or will be provided by Mr. Frischman and/or Frischman Enterprises, Inc. d/b/a PCSecurityshield.

 C. N/A.

 D. N/A.

Frischman Enterprises, Inc. d/b/a PCSecurityshield reserves the right to supplement the foregoing responses.

Dated: Commack, New York
September 7, 2007

Your, etc.

SOMER & HELLER LLP

By: /s/ Jeffrey T. Heller
Jeffrey T. Heller (JTH-2720)
Attorneys for Defendant
FRISCHMAN ENTERPRISES, INC. d/b/a PCSECURITYSHIELD
2171 Jericho Turnpike
Commack, New York 11725
631-462-2323


TO: FRANKFURT KURNIT KLEIN & SELZ, P.C.
Attorneys for Plaintiff
488 Madison Avenue
New York, New York 10022
(212)980-0120

CREOSCOPE MEDIA, INC.
1300 NW 17th Ave, Suite 260
Delray Beach, FL 33445

mc\fda\F:\DOCS\CIVIL\FRISCHMAN\WardMedia\DISCLOSURE.RULE.26