<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)
                 )ss:
COUNTY OF SUFFOLK)

   FRANCES ANGLERO, being duly sworn, deposes and says:

   I am not a party to the action, am over 18 years of age and reside at Brentwood, New York.

   On September  , 2007, I served the within **RULE 26 DISCLOSURE,** by depositing a true copy thereof in a wrapper, under the exclusive care and custody of the United States Postal Service within New York State, by regular mail addressed to each of the following persons at the last known address set forth after each name:

TO: FRANKFURT KURNIT KLEIN & SELZ, P.C.
   Attorneys for Plaintiff
   488 Madison Avenue
   New York, New York 10022

   CREOSCOPE MEDICA, INC.
   1300 NW 17th Ave, Suite 260
   Delray Beach, New York 33445

          _____
            FRANCES ANGLERO

Sworn to before me this
7th day of September, 2007.

_____
Notary Public

DIANNE M. BOTIE
Notary Public, State of New York
No 01BO6052241
Qualified in Suffolk County
Commission Expires 12/11/2008