UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WARD MEDIA, INC.,

               Plaintiff,          **NOTICE OF DEPOSITION**
                                 **PURSUANT TO RULE**
     - against -          **30(B)(6) FED.R.CIV.P.**

CREOSCOPE MEDIA, INC. and
FRISCHMAN ENTERPRISES, INC. d/b/a     07 CV. 5470 (BSJ)
PCSECURITYSHIELD,

              Defendants.

----------------------------------------x
To:  FRANKFURT KURNIT KLEIN & SELZ, P.C.
     Attorneys for Plaintiff
     488 Madison Avenue
     New York, New York 10022
     (212)980-0120

C O U N S E L O R S:

    PLEASE TAKE NOTICE that, in accordance with rule 30 of the Federal Rules of Civil Procedure, the of testimony **WARD MEDIA, INC.**, will be taken upon oral examination before a Certified Shorthand Reporter authorized by the laws of the State of New York to administer oaths on **November 8, 2007 at 10:00 a.m.**, and continuing thereafter from day to day until completed, at the offices of Somer & Heller LLP, 2171 Jericho Turnpike, Suite 350, Commack, New York, with respect to all matters relevant to the subject matter of the above-captioned.

    PLEASE TAKE FURTHER NOTICE that at the time of said deposition, the deponent shall produce all documents which constitute or contain matters within the scope of Rule 26 Fed.R.Civ.P..

Dated:    Commack, New York
         September 28, 2007

SOMER & HELLER LLP

By:  s/Jeffrey T. Heller (2720)
          Jeffrey T. Heller (JTH-2720)
Attorneys for Defendant
FRISCHMAN ENTERPRISES, INC. d/b/a
PCSECURITYSHIELD
2171 Jericho Turnpike
Commack, New York 11725
631-462-2323

TO:   FRANKFURT KURNIT KLEIN & SELZ, P.C.
      Attorneys for Plaintiff
      488 Madison Avenue
      New York, New York 10022
      (212)980-0120

      CREOSCOPE MEDIA, INC.
      1300 NW 17th Ave, Suite 260
      Delray Beach, FL 33445