AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 )ss:
COUNTY OF SUFFOLK)

      FRANCES ANGLERO, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Brentwood, New York.

      On September 27, 2007, I served the within NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6) FED.R.CIV.P. and REQUEST FOR PRODUCTION OF DOCUMENTS AND INFORMATION, by depositing a true copy thereof in a wrapper, under the exclusive care and custody of the United States Postal Service within New York State, by regular mail addressed to each of the following persons at the last known address set forth after each name:

FRANKFURT KURNIT KLEIN & SELZ, P.C.
Attorneys for Plaintiff
488 Madison Avenue
New York, New York 10022

CREOSCOPE MEDICA, INC.
Defendants Pro SE
1300 NW 17th Ave, Suite 260
Delray Beach, New York 33445

                              s/Frances D. Anglero
                                 FRANCES ANGLERO

Sworn to before me this
**27th**  day of September, 2007.

s/Sharon L. Noonan
Notary Public